The UNITED STATES of America v.
Michael P. O'TOOLE.

No. 6426.

Circuit Court of Appeals, Seventh Circuit.
Nov. 2, 1937.

M. L. Igoe, of Chicago, Ill., for appellant.

Edward H. S. Martin and John B. King, both of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

UNITED STATES of America, Appellee, v.
Leon Richard SMITH, Alias Leon Hill, Alias John Hill, Alias James King, Alias "Daddy," and Mrs. Leon Richard Smith, Alias Shirley Hill, Alias Mrs. Leon Richard Hill, Alias Mrs. W. Keeler, Alias Mrs. Anna Hall, Alias Shirley Lester, Alias Mildred Lessman, Defendants-Appellants.

No. 144.

Circuit Court of Appeals, Second Circuit.
Dec. 20, 1937.

Richard E. Westbrooks, of Chicago, Ill., for appellants.

Lamar Hardy, U. S. Atty., of New York City (Seymour M. Klein, Asst. U. S. Atty., and William H. Makepeace, Sp. Asst. U. S. Atty., both of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

UNITED STATES of America, Appellee, v.
The YVETTE COMPANY, Otherwise Known as Yvette Company, Inc., Appellant, and Henry Salomons, David Oppenheim, Charles H. Cox, and Max Hilderbrandt, Defendants.*

No. 129.

Circuit Court of Appeals, Second Circuit.
Dec. 20, 1937.

George E. Carmody, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Joseph W. Burns, Asst. U. S. Atty., of New York City, of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

The UNITED STATES of America v.
Frances WINSTEL.

No. 8740.

Circuit Court of Appeals, Ninth Circuit.
Jan. 7, 1937.

Ben Harrison, U. S. Atty., of Los Angeles, Cal.

W. W. Wallace, of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issued forthwith.

*Writ of certiorari denied 58 S.Ct. 646, 82 L.Ed. ⎯